**Rigoberto RODRIGUEZ, Petitioner–Appellant,**

v.

**Dan JOSLIN, Respondent–Appellee.**

No. 05–10335.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Dec. 14, 2005.

Rigoberto Rodriguez, Seagoville, TX, pro se.

Before KING, Chief Judge, and HIGGINBOTHAM and SMITH, Circuit Judges.

PER CURIAM: *

Rigoberto Rodriguez, federal prisoner # 30916–077, appeals the denial of his 28 U.S.C. § 2241 petition. He argues that his sentence is invalid in light of *Blakely v. Washington*, 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), and *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). Rodriguez's argument is directed toward a sentencing error; such an argument may not be brought under 28 U.S.C. § 2241. *See Padilla v. United States*, 416 F.3d 424, 425–26 (5th Cir.2005). Rodriguez's argument that he is entitled to proceed under 28 U.S.C. § 2241 based on the savings clause of 28 U.S.C. § 2255 because relief under that section is "inadequate or ineffective" is unavailing. *See id.* at 427 (holding that a claim under *Booker* does not fit within the savings clause of 28 U.S.C. § 2255). The judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.